# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SEP 24 2020 PM2:14
FILED-USDC-CT-NEW_HAVEN

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

John Vegiard

Case No. 3:20cv1453(SRU)
(To be supplied by the Court)

v.

Hartford Hospital & I.O.L. – Informational in
charge of illegal investigation

wheeler clinic

Hartford Police Dept

Residents of 170 & 178 park st 2018

family Members of 2017 & 2018 live Nation,
employeer

Live Nation, Jackson familie, Mohan families

New London YNH Hospital (Jeffrey N.)
Nurse

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. _John Vegiard_ is a citizen of _Conneticut_ who
   (Plaintiff)                        (State)
presently resides at _25 Reads st New Haven, CT_
                      (mailing address)

2. Defendant _Hartford Hospital_ is a citizen of _Conn._
   (name of first defendant)                    (State)
whose address is _80 seymour st Htfd, Conn._

3. Defendant _Hartford Police_ is a citizen of _Conn._
   (name of second defendant)                    (State)

whose address is _253 High st. hartford, CT_ .

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE
**BRIEFLY** state the background of your case.

Latin Kings who are relatives and family members in Hartford and new britain Including iei Police, Parole, Probation who lived in M cnkindly drive live forced me out of house and did the did the same in hartford as well. Putting dead animals outside in both areas. Most people are the same people from hartford. They drove me out of live Nation Job and A2Z Home medical supply Now ther trying to make me deaf hear, so its less obvious to other 2 people in hartford

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** the ability to work as Probation approved Jobs prior to now. To not be stalked or held against my rights by Police and such of illegal in charge w/o representation and case closed charged w/ C.D. investigation

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

HitHey were trying to have people file fake Comments Threats on life, Harrasment, Now I'm off registry there doing the same things 300% more then when they started, which previously was 200% waking me up at nights Threats against my life if I didn't do what they wanted

**Claim II:** Have people in hospital and IOL delete computer information, false medical records. ie; Medication & Programs that I never received.

**Supporting Facts:** In hospital & IOL Records which started being treated ar unspecified psychosis.

**E. REQUEST FOR RELIEF**

WHEREFORE, plaintiff demands: (state the relief you seek)

Witness protection program w/ brain scan capabilities. Cost of things I lost my house, 2 vehicles lost Pay and Job lost, restraining orders removed from state of CT and case to be done in N.Y. or another state. Reimbursement for all I lost, and if my hearing is damaged severly 500 million plus, pain + suffering. If I need to have staff for assistance

**F. JURY DEMAND**    security etc.
Criminall Prosecuted to the fullest extent of our law

Do you wish to have a jury trial?  (Yes)        No

(not theres)
rest of my original Sentence ended and Immunity for testify

_____

Original signature of attorney (if any)

Plaintiff's Original Signature

_John Vegiard_

Printed Name

_____

Printed Name

(   )

Attorney's full address and telephone

_(203) 887-0758_

Plaintiff's full address and telephone

_25 Read st Fl 2_
_New Haven, CT._

Email address if available

Email address if available

_79vegiardd@gmail.Com_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _New Haven_ on _8/22/20_ .
          (location)        (date)

Plaintiff's Original Signature

(Rev.3/29/16)

5

John Vegiard
25 Read Street, 2nd Floor
New Haven, CT 06511

I want to do civil
but a lot of its
Criminal stuff which
I sent to your Attorney
before and never heard
back. Its kinda a little
bit of mixed items



**United States Department of Justice**
*United States Attorney*
*District of Connecticut*
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3700
Fax (203) 773-5376
E-Mail: USACT.Citizenscomplaint@usdoj.gov
www.justice.gov/usao-ct

---

### *CITIZEN'S COMPLAINT FORM*

Please note: **The United States Attorney** is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions. Accordingly, our office can only undertake those cases falling within our authority.

If you will provide us with the facts of your complaint, inquiry will be made to determine whether the facts merit action by this Office.

If you have any questions, please indicate them on this form.

You make take this form with you and when you have completed it, mail it back to the above address.

---

### DO NOT WRITE ABOVE THIS LINE

Today's Date: _____

Your Name: *John Vegiard*

Address: *25 Read St. flr 2*
*New Haven, CT 06511*

Phone Number: *203 887 0758*

Your E-Mail: *79VegiardJ@gmail.Comm*

Were you referred to this Office by any agency or, public official? ☐ Yes ☒ No
If yes, please name them: _____

_____

If you have an attorney representing you in this matter, please give the full name and address: _____

_____

Have you advised your attorney of the complaint to this office? ☐ Yes ☐ No

Is there a court action pending which pertains to this matter? ☐ Yes ☒ No

If yes, please give case number and court: _____

List all public agencies you may have contacted regarding this complaint: _____

_____

State the details of your complaint or information below.  Use the attached sheet if necessary.  If you have any relevant documents, please attach **COPIES** only.  **DO NOT SEND ORIGINAL DOCUMENTS.**  Do you represent the information you have provided to be true?

Yes

Your Name: John Vegiard          Today's Date: 8/22/20

Over the past 5 yrs, PO's from Vernon & Manchester along with a htfd Parole officer and/or some of the staff members in the 2017 2018 timeframes forced me out of job at Live Nation, My apt. My Job at A2Z Home medical Supply. before the rest started I helped a friend do his paper route when his license was suspended, Prior to that I heard they put other Sex offender into prison and were getting paid to do it. Heard 1 person say I wonder what were gonna get this time ie (ME) so I stopped doing that for the distributors owners I believe with them that were doing it might be the Hartford Courant owners

After that was the apt. and helping my friend plow snow.

The neighbors would stay up to 3 or 4 am playing there musical

Your Name: _John Vegiard_     Today's Date: _8/22/20_

music loud at times, people
sitting in hallway when I had
guest over. People watching
to see what I'm doing.
I heard someone saying that
My phone was illegally tapped
at 967 Asylum Ave. Seems
I was being stalked During
this time and trying to get
me fired and out of my house,
in Newbritain, Throwing rocks
at house, killing my plants
telling neighbors ahead I wouldn't
be staying long. Throwing dead
animals in beck areas of apt house
that was to ruin my credit etc
See attached paperwork that
describes the torture of sleep
deprivation, Watching me in the
restroom and shower house breakins

Email Form to USACT.Citizenscomplaint@usdoj.gov

or print and send completed form and any supporting documention to:

Citizen's Complaint
United States Attorney's Office, District of Connecticut
157 Church Street, 25th Floor
New Haven, CT  06510

I feel HartFPd involved, there
family members they had equipment
to see where in house I was, Seems like gang to terrorize

In the 1 on 1 I told you that nothing going on but there was, they threaten to give me a heart attack if i go to a hospital. I really need some to believe me. If they hook my skull up to a monitor and a pec it would show there in my internal organs since October 2018. I'm about half deaf by now or more i have hearing aids and the hearing health care staff said it's unnatural I've be trying to tell people but at this point it's kinda late. So it's members of the Hartford police, state troopers,lawyer town employees what my po has is really true there. Latin kings enforcers. And all family members in state of ct. Judges politicians etc. Even federal people. That's why I want a civil suit / criminal and a federal witness protection program. I can't afford a lawyer and all for this but nobody gets back to me so they can get rid of me anytime they want. There all family members. But with these multiple units basically there now domestic terrorist. There also parts of residential monitoring service and eeggissi both names they used to get me out of my house plus the rest of the stuff.everybody from 178and 170 park st, Hudson st from 2018 including live nation employees

Say that there law of Torture and murder after they meet the people with money paying they for a set day etc.

I heard noises that before I moved in my house an electrician went in and changed wiring around in house by —by breaking in a..

When Alex Diaz came into to check my house he brought a guy with him taking pictures in rooms like planning on moving in or something

I believe that it wasn't David Valenti because he older and fatter then the guy Alex brought in yet he was talking like it was him which means he put on 130 lbs more then the other guy more of the plan I could tell because they did not seem or expect or want me there either then to kill me or make me deaf like they are now about SUB Now their watching on that

Plus they say everywhere I move to it was for there reasons not mine so they setup area in people to kill me even

Trying to keep me from ever working again and telling me they didn't want me to ever work anywhere again Neighbor of 170 + 178 (worst 8) moved.

My choice would be to have then all put on life sentences no parole option and the death sentences would be better for torturing and threatening me the whole time from the day I moved in.

including people from line to etc

staff 2017 to 2018

[signatures]

as they say I should of been dead already.

There all trying to cover up everything 1138 Plus family members etc like the Farm Kings ect in this They should not live as Domestic the terrorist (at all)

Atth Cheif

Owing your time you
had some Hartford and
Norwich Police, New London
New London, groton, waterford
Glastonbury, New Haven
Haven Police, including
Drug enforcement officer
who family members are
Latin King terrorist drug
enforcement people working
in multiple towns.

They possibly are Latin
Kings members.

They've been stalking
me to all these areas.
moving in to same town
or on the outskirts
have also into human
trafficing and Pornianaby

review

HTFD PD + length 178 Park st Htfd

Perez - already has of suspension

Santiago Rodriguez

Velez (deceased)

+ More
All officers that worked at the Xfinity theatre 2018

+ Live Nation employees

and hartfd + New Britain
NMTC + Norwich New London
Coventry Manchester
Vernon, Waterbury
Walling ford, Mansfield
E. Htfd, Windsor bloomfield

1/9/20

was only in my house for those reasons, not anybody elses reason and that was so they could make a fool out of me by making me deaf, blind then to murder me or have other people murder me.

We a heat attack electronically I can feel then touching my brain area - which they say for a brain hemorage and feel them pulling on my heart

I know its old and seems unbelievable by I'm being completely serious and honest - and its Sane clear headed thinking.

They constantly monitor me via the system they can tell when I have a headache and can give me one, can cause fatigue, heart attacks, etc. They threatened my life that if I ever said anything to anyone they would kill me on the spot -

They made me spend money erratically and use ations for withdrawals, making me do vicious things they tried to have me get out of my car lease keys and wallet is it so some one could steal it after they wanted me to strip naked in the middle of winter and freeze to death inside by Wethersfield Lt 3 Bridge over a few times tried to have me go to some private green farm house on edge of new britain to strip and so there so they could as they say sever suck me which they say they did to se

Plus they say everywhere I moved to
was for there reasons not mine
so they setup areas/people to kill/move

Trying to keep me from Ever
working again and telling
me they don't want me to
ever work anywhere again
Neighbor at 170 & 178 (on list 8) moved.

My choice would be
to have then all put on
life sentences no parole option
and the death sentences
would be better for torturing
and threatening me the
whole time from the day
I moved in.
including people from like others

staff 2017 & 2018

[signature]

[signature]                    as they say
                               I should of
                               been dead
                               already,

There all trying to cover up
everything 0138 plus
family members etc
like the Fallen Kings
of this
they should be as terrorist
                               Domestics
                               terrorist
                               (etc all)

I heard cushions that before
I moved in my house, an
electrician went in and changed
wiring around in house by
by breaking in.

When Alex Diaz came into to
check my house he brought
a guy with him taking pictures
in rooms like planning on
moving in or something

I believe that it wasn't David
Valenti because he older and
father then the guy Alex
brought in, yet he was talking
like it was him which means he
put on 150 lbs more then the
other guy more of the plan
I could tell because they didn't
seem or expect or want me
there either other then to
kill me or make me deaf
like they are now, About 5 US
Now there walking on that

RECEIVED

SEP 14 2020

U.S. DISTRICT COURT
NEW HAVEN, CT

John Vegiard
25 Read St.
New Haven, CT  203 887
                          0758

Attention Magistrate.

Here is some of documentation
about some of the things I've
been put thru over the
past 5 years.

No one is trying to protect me
from the hatchings enforcer
who are relatives of the
Hartford police who have been
laundering my paperwork.
violated my civil rights when
I was working at Live Nation
and made me lose my Job.

Also made me lose Job at
Ag2 Home medical supply

They have family members in
a lot of police depts + probation
parole, Lots of state employees
They've been torturing me
for about 4yrs +
everybody is sheeping under
the rug. So they can get away
free and clear by over billing insurance

I'm asking your immediate ability to put me under your peoples eyes and on equipment that can detect it or what there doing to my hearing, life etc.

They by far now are the biggest Domestic Terrorist organization in the United States today. Have just on me alone my property, Jobs vehicles etc, they broke in and stole all my important paperwork.

They murdered my whole family Just about

Theres lawyers, politicians etc that are all related.

They believe that there law is about the laws of the United States WATH me I would also like a ally for myself

In the 101 they ... ... peoples so they can do it to other people they Murdered a 15 year old ...

Supposedly when I had my hernia operation they implanted something in me and tried to kill me in surgery and brought me back to life.. either the Dr or orderly or Anethsologist held on before 2018 st..

the system there using is directly in my internal body They can talk into my brain area and in my hearing without doing it via normal communication they say that they already brake my ear drums in a different way and are going to be able to make me deaf according to them I'm in tone deaf already via what they've been doing 24/7 for over 1½ yrs now.. and that its gonna be irreversible damage due to irreversible differences due to what they did to other people and who they murdered and blamed it all on me it was they made other people aware of they can give me a heart attack and brain hemrage using this system and have threatened to kill me if I ever told anyone the whole time frame this is some of the original people from h.p.d and there family members from different areas which means its some of the original relatives of the harthord people and look a like they plan on making me blind and to drive me crazy after their brought in or these relatives that look a like lots of twins etc. they founded first couple of things. so that I kill myself so if looks like I did everything on my own they've been stalking and following me for over 30 yrs. they Say They Murdered some of original hpd peoples family member and took there children and moved them in with some of that people and moved them in with some of that people

Had a body in Morgue for a while before they could figure it out also maybe w/ fake papers

[signature] 5/3/20

2/9/20

Asked New London POS 2 times

Requesting Protective Custody, denied doing
my request
and Witness Protection

24/7 Body Monitoring.

O/P for Everything Both Criminal
done in Absentia + Civil Suit
w/Erie Detectors

[signature] 3/22/20

Some people in NY.   possibly changed
Same in CT.   names
or
Info laundered
or
Put Thru Same
things by same person



## The Connection
Community-based Services, Advocacy
and Research for Connecticut

## <u>General Information and Frequently Asked Questions</u>

1. **Why am I being interviewed for The Connection Inc.'s REACH Program?**
   a. Parole referred you to REACH Program as an alternative sponsor for Parole, Special Parole or Transitional Supervision (TS).
   b. Your Probation Officer referred you to REACH because you are having difficulty in securing a housing situation that meets both the safety requirements of the community and your conditions of probation.
2. **Am I guaranteed placement in the REACH Program?**
   a. Each client referred will be reviewed individually to determine eligibility.
   b. There are many factors that can affect your placement, and there are no guarantees that because you are interviewed you will be placed into the program.
3. **How long will placement take?**
   a. The time it takes from interview to placement in the program varies with each case and the situation under which you were interviewed.
   b. If you are being released from a DOC institution or Half-Way House, your release must be coordinated by your assigned parole office.
   c. All acceptable referrals are placed on a Pending list. You will be admitted to an apartment at the direction of the Parole Liaison or the Probation coordinator.
   d. The Pending list does not assign a number to your referral, but places you on the list and individuals are admitted based on needs of the client, the referral agency and the program.
4. **What are my obligations while in REACH?**
   a. As with any program there are specific rules and requirements, which will be explained as you proceed through the process.
   b. As a general rule you will need to comply with your Community Supervision stipulations and conditions, remain drug and alcohol free, meet with your case manager and comply with all other rules as explained to you.
   c. Once you obtain an income you will be required to contribute 30% of your income towards expenses.
5. **How long can I stay in the REACH Program?**
   a. REACH is designed to be a short term program designed to assist individuals successfully re-entering the community and provided them with the necessary supports. The estimated length of stay is between four and six months.

Please be advised that Re-Entry Assisted Community Housing (REACH) is a unique Opportunity. It is a voluntary program and we welcome clients who are highly motivated and ready to take advantage of the resources that are available.

Possible Suspects

Hartford Police / Latin Kings Enforcer
hire Nation employees 2017-18
170 + 178 packs tenants 17/18
Beckfords
Jacksons
Mohan
Jeffrey Nygan
179 MchinLey
177
1st house to driveway side
away from house
126 - archer lane
Serrano Heather Ln
Sanchez Heather Ln
Newspaper distributors
Hartford Courant
Residential Monitoring Service People
Hartford Hospital
I.O.K.
HPD, NB, New London Norwich
and Willimantic, glastonbury
wethersfield,
Fahey New stated Phone tapped
illegally

St Francis never contacted me about Cancer screening

Forced me out of 2 Jobs hire Nathan / A3z Home medical A3z is not a suspect but loss money charging A3z to pay them

Wheeler Clinic - so comment. + People

Alex Diaz
Paul Valenti
Amy giles
Tim Haggerty.

2 Houses behind 178 mcdahley.

Rodriguez perez + guys
Jay of IOL trip + Parade ④

IOL staff During Same time
E/R people.

Cassie

Witnesses

Ayala Jolie
= Maria

Rodriguez ? Related to Maria
Pat Fonchette
Jay Pecked - Cindy be a suspect
Anthony Jackson
Gatson family,
Iris Marrero
heather Cato
Debbie touchette
Setterbergs fred, gary
John Kevin snow
Kenny Tresci
Ken Pelnicki - ?
Kenny 3 Glinacki
Calvin Lajoie & MARK
Wendy Mansfield Drive in
A2 employees John, Bob, mikey, DAN
Lenny Piorney
Frank and Gail - E windsor
Gatson family



# HEARING HEALTH CARE
*associates*

### MEDICAID PRESCRIPTION FORM

190 Main Street
East Haven, CT 06512
Phone 203-466-3823
Fax 203-467-4327

140 Broad Street
Milford, CT 06460
Phone 203-876-2266
Fax 203-882-9640

*Please fill out entire form and mail ORIGINAL back to our office.  Thank you.*

Patient Name _John Vergard_

Address _____

Phone # _____  T19# _____

Diagnosis _Bilateral sensoneal loss_

Referring Practitioner: _DAVID S. ASTRACHAN, M.D._
_CRAIG S. HECHT, M.D._
_SPRING GLEN MEDICAL CENTER_

Address _2200 WHITNEY AVENUE, SUITE 260_
_HAMDEN, CT  06518_

Phone # _203-248-8409_        Fax # _203-281-2905_

Additional Comments:  Medically necessary repairs, service, supplies, including batteries and ear molds for up to two (2) years.

_____
_____
_____

I have medically evaluated this patient on MM _06_ / DD _03_ / YYYY _2020_ and found that they need hearing aid(s) and that there is no contraindication for hearing aid use. (Medical evaluation must be within past 6 months for new  HEARING AIDS)

Prescribing Doctor Signature: _____  Date _6/3/20_

**MUST BE ORIGINAL SIGNATURE**

Name _John Vegiard_

Address _____

Phone _____ Date of Birth _10/4/60 (59)_

Insurance _____

☑ David I. Astrachan, M.D.
☐ Craig S. Hecht, M.D.

ADULT AND PEDIATRIC                HEAD AND NECK SURGERY
OTOLARYNGOLOGY                  NEUROTOLOGY, SKULL BASE SURGERY
Spring Glen Medical Center
2200 Whitney Avenue • Suite 260 • Hamden, CT 06518 • (203) 248-8409
Fax: (203) 281-2905
Oak Park Professional Condominiums
141 Durham Road • Unit # 3-21 / Madison, CT 06443 • (203) 245-5899

REFERRED BY: _____              DATE _6/3/20_   TEST BY _____

| NAME | ADDRESS | PHONE |
|------|---------|-------|

☐ SEX  ☐ MALE  ☐ FEMALE  ☐ DIAGNOSTIC  ☐ PRE-OP  ☐ POST-OP  ☐ SITE  ☐ LEGAL  ☐ IMPEDANCE ONLY  ☐ OTHER

**LEFT EAR**
FREQUENCY IN HERTZ

**PURE TONE LEGEND**

AIR CONDUCTION
O = Right Ear
x = Left Ear
△ = Masked R
☐ = Masked L
⦔ = No Response
s = Sound Field
c = Acoustic Reflex
    Contralateral
I = Acoustic Reflex
    Ipsilateral

BONE CONDUCTION
< = Right Ear
> = Left Ear
⊏ = Masked R
⊐ = Masked L
⦔ = No Response

**RIGHT EAR**
FREQUENCY IN HERTZ

HEARING LEVEL IN dB (ANSI-1969)

**MASKING LEVELS (Right Ear)**

AC ☐☐☐☐☐☐☐   mcl
BC ☐☐☐☐☐☐☐

**SOUND FIELD**

| SRT |
|-----|

**MASKING LEVELS (Left Ear)**

AC ☐☐☐☐☐☐☐   mcl
BC ☐☐☐☐☐☐☐   40s

**SPEECH**

| P.T.A. | S.R.T. | PB % | (SL) |
|--------|--------|------|------|
|        | 25dB   | 76 % | 40   |

**SPEECH**

| P.T.A. | S.R.T. | PB % | (SL) |
|--------|--------|------|------|
|        | 25dB   | 80 % | 40   |

**IMPEDANCE TEST**

| Z1 | Z2 | Z3 |
|----|----|----|

(M.E.P)

| −16 |
|-----|

TYMPANOGRAM LEFT
PRESSURE IN mm WATER

TYMPANOGRAM RIGHT
PRESSURE IN mm WATER

**IMPEDANCE TEST**

| Z1 | Z2 | Z3 |
|----|----|----|

(M.E.P)

| +1 |
|-----|
(18)

**SISI (LE)**

| 500 | 1000 | 2000 | 4000 |
|-----|------|------|------|

**WEBER**

| | 250 | 500 | 1000 | 2000 |
|---|-----|-----|------|------|
| R | | | | |
| L | | | | |
| M | | | | |

**SISI (RE)**

| 500 | 1000 | 2000 | 4000 |
|-----|------|------|------|

**TONE DECAY TEST**

| 500 | 1000 | 2000 | 4000 |
|-----|------|------|------|

AR. TD.

| 500 | 1000 |
|-----|------|

BEKESY

**TONE DECAY TEST**

| 500 | 1000 | 2000 | 4000 |
|-----|------|------|------|

AR. TD.

| 500 | 1000 |
|-----|------|

BEKESY

**AUDIOLOGICAL IMPRESSIONS**

REMARKS _____

19/20

truth the blood test showed whoever was was
euthanized prior. Guess they tried to pin me for
Murdering someone. Guess some of the
retired state police prior seized some of these
peoples Monitoring equipment and all of these
files and got rid of the all the evidence
and records including medical files etc for
that investigation. After I got released
they forced me out of my Job at live norton
in hartford after forcing me out of adecco previously
when I guess they were already doing the same
thing there prior having people report me for various
reasons at both places. I moved into my house
I bought and prior to moving in I heard Eddie
the maintenance guy from 170 flushed saying that they
wire gonna give me a little more treatment at my
house in New Britain at 178 McKinley Drive in N.B. CT.
which got broken into about 30+4 times that
I know of. And was doing different things every
night after I moved in kept me from moving furniture
in and stuff by using some kind of Monitoring System
Seemed almost everybody I tried to move away
from in hartford Moved into the same area
or were staying with some of these family
Members in the neighborhood or around the
City. So they did that for a while. Then they
brought in this FF66135L "Suicide Service"
Which I heard various people saying they
put a gun in my furnace area and

Need lawyer

Request same one

that did Dolis

Case
Sue all individually
+ to work on and NJ
POA's
etc.
Federal MAX on All
Case should be moved
to another state for fairness

Corrupt State Union
employees Involved
At all Levels

(4)
in connection to then such as Thats
the Serial killers family members etc
ie: The one that hasn't been caught in over
15 or 16 yrs something about a lot of
the unsolved murders are connected to a
serial killer in the area thats not getting
caught and how some things are overlooked
and smoothed out or covered up etc.

mention something about my next of kin
being one of these peoples brother in law
who disappeared or something.

I guess the people they've been using
were from DSS and Pal programs in
conjunction with these things they're
been doing and putting at risk etc. 48
seems to me would be exploitation
of minors using them in illegal
...cation styles of getting
...and falsely reporting

and acting
them in to areas as
that look like other peoples family
members I heard them say one time
sure why whether they were doing un
cover work or replacing them for a
reasons but 1 person said I found.
couple that look exactly like them no
will be able to tell the difference so a

I hear theres 4 people involved in
areas. I guess fellowship in near ho
might be some of same people in
with programs or group homes som
might live in same neighbor hood of
seems DSS and all seem to
connected thing in state wide
didn't seem happy to have
being moved or trying to be
states to keep it from being
up. Paperwork and things

They threatened to kill me and on a on a Hack if I ever told anyone on the spot and if I went full anyone theyd kill me.

They did a brain scan of MRI hospital and had someone that was able to figure out my past history all the way back to when I was a baby etc. can read my mind and say what I'm thinking would go from what they were saying to what I said.

go crazy and kill myself by continuing on and deaf because they can communicate directly in to my brain and are in my internal systems of my body via this system. They keep saying their gonna made me kill myself with this system saying that they have previously used and more others do the same including some minors of some families before already. Say they have the capability of deleting peoples memories. They say they already made my sister do it also already.

They say they killed almost if not all of my real family members the same way and other ways including when I walked at 252 could do the same at all peoples houses I was going to do could see then sleeping showering having sex etc.

Daily I go thru 24/7 sounds in hearing, and derogatory comments saying things like I know your your hearings were gonna made you kill yourself because the 138+ members and families family members hate me because of what they did to other people and told them it was me and my family doing these things to these people calling me a serial molester constantly and having people tell people 50+ times with me sister.

Attempted murder. Have almost made me passout while giving 10 times shower while having and having sex try of 10,000 times a month every day.

Murdered over 250+ people.

22 Van afso car shot cars off and controls speed. Can have brakes on which the driving. They say they do the same to a motorcyclist on 287 in NJ area before + others -

ONLY Turn into

Federal Agents

or

US Justice Dept

or

CIA

NO

Local

Law

Officers

previou

HTPD PD & Tenants 178 Parks & HTPD

Perez - already had a suspension

Santiago Rodriguez

Voler Vincenzi

+ More All officers that worked

at the XBox theatre 2018

+ Live Nation employees

and had at New Britain, WMIC & Norwich NewHaven

Coventry Manchester

Vernon, Waterbury

Walling ford, Mansfield

E Htfd, Windsor bloomfield

1/10

Saying he wanted to see me and how he was bending over in front of me on and off because he wanted to seeme and have sex with me. He came over and after we hugged for awhile he went and met anthony and tried to tell Naveed I was trying to have people have sex with me so they could move in on they at soph. Eventually I got tired at some people trying and trying to set me up. I made they leave and told him to never call or see me again. I guess he either moved in with someone or kept visiting other people, I heard after wards they had a necrophiliac thing going on in the yellow house in back at apts had people lined up while stairway taking turns I after the other. I guess they tried to clump boy in a dumpster some where. Guess they buried it in a basement floor some where or in apt building basement and then got rid of it later.

They were robbing peoples rent money etc. tried to shot me I guess so I started using front door. They called at ambulance someone told them they were my fo- and had police come with Crisis team so basically forced to go or they were gonna have police make them, I ended up in hfd ER, then got transfered to a purple room as they call it. I heard some guy say he was John Conroy or something

1/1/20

because I could hear other peoples conversations at
the same time I was on the phone which afterwards
someone hacked my intercom up in my apt. so
they could listen in on me at my apt. which
my attorney 6 strickland at the time seemed to
not been doing his job great because it seems
I got set up by some at those same people in
2001 because I was seeing some of the same
persons family member at that time, who was
using an 18 and over phone system site called
the raven. I explained my age at the time
and he told me various things at the time like
he was just following along with things I was
saying. Then the West Hartford police Eans I think it
was Marshel down what he wanted different from
what I said and tried speaking me there by
pointing out cheaper. I wanted much instead of
letting me read the whole thing at my own pace.
I heard rumors prosecutor Fahey and others already
knew there was deficiencies in the case but ignored
it and proceeded with some private backroom
dealings which Joe the other lawyer, gay brought
in told me was common place in the hartford
Court system of deal makings or giving up
Some people to let other people slide out of
things. Which a female lawyer from NY tried
making people aware of and seemed to of
just gotten pushed away from the CT
area.

Various people were moving in and out. During that time frame Naveed seem to not of been doing things in the same way eventually the owners mother Monika Arey came to visit and wanted me to do more over the healing and Naved A/R things because it seemed money was missing during that time there were some tenants that weren't paying there rents at all and some on and off Christine Krafcer Owed approx $12,000.00 before she moved out Anthony Jackson owed a few thousand and his cousins Alexia and Alexis Mohan owed about $10,000 or approx.

During that time they and some of that family members were harassing me calling me a cracker and were hacking into my telephone & email and when I was at the newspaper and other jobs. In 2018 things started increasing (My mail was being held on and off Complaints to every times to both washington post and Mail post office and still Continued on ever after.

Then it seems some of the neighbors were getting involved Some stuff about $3000.00 in tools out of shed in back police came didn't do much at all. People were blasting there music all hrs of the day and night - stealing things etc over the time frames of 2016 to Oct 2018. During that time My phone and email

1/1/20   Car Helps - ? (Welfare fraud.

Stealing from Elderly in facilities

Document tampering.

Fake tax return check - paper printed paid to me

Racketeering - Tax evation

witness tampering

DNA Matches should be done on some families

Risk of Injury - Child endangerment.

85,100   New London

Oakdell Motel

State people using fake names or using family names for jobs
(Bui)

Strickland's

Jackson                        Possibly own brother ?

Hayden                        Ex wife Pat

Bechtolds                          Tourkette

Sanchez - Castillo (Fla.)    and or family

Ayala                          members

Perez

Santiagos        Rest of neighborhood 2017-18
                 + 128 Parket Building former
                   tenants

Possible wizards players Ron or Mast

Tribal Connections

This is True to the best of my knowledge.

2/9/20

New Britain town officials possible
some of them in Melinda Drive area. Loft
Panther, Heather, Westover etc.

Morticia 13+wmjc

Plates   CT  8825
            8325

MOE
Abc 58472   AW 88217
State employees union   DOL.

D55.

Possibly Kevin who ran                Family lived
at vehicle 005. or looks Investigation  in US.
Asian  missing or more                 area possibly
                                       Kensington

Present + Past   Live Nation employees

Lots using Enterprise rental Cars
regularly

                Arrested.
Former Judicial Marshal related to state Atty - same
people were working + living in area.

Claim Atty yerravon
+5 unot recovery

'          "        L.L.

Supposedly when I had my hemi-operation they implanted something in me and tried to kill me in Surgery and brought me back to life.. either the Dr or orderly or Anethsologis

2018
h:fid on
Hudsin
st. before

In the 101 they were pumping me with other peoples so they can do it to other people they Murdered a 15 year old in

the system there using is already in my internal body They can talk into my brain area and in my hearing without using it via normal communication they say that they already broke my ear drums in a different way and are going to health to make me deaf according to them. In there deaf already now and that its gonna be incecessible damage due to irresponsible differances but to what they did to other people and who they murdered and blamed it all on me it was they made other people sware at they can give me a head attack and brain hemrage using this system and have theatoned to kill me if I ever told anyone the whole time frame this is some of the original people from hi-bridy and there family members from different areas which means its some of the original relatives of the hartford people and look a like they found and brought in or those relative that look a like blind and to Drive me crazy after these first couple of twins etc. they plan on making me myself so it looks like I did everything on my own they've been stalling and following me for over 30 yrs. they say They Murdered some of original peoples family member and tauht the children and moved them in with some of that people

Maroune for a while before they could figure it out also

There seems to be about 5 to 10 people that are the ring leaders And seem to be very clear minded and enjoy doing this torture stalking and murdering and deafening stuff the most. There very clear precise enjoy teasing + tormenting + laughter about it all the time Completely straight level headed and have no regard for anyones safety they seem willing to kill any big that falls a bait + othe threating them all if they did a Mentally derange but no Crazy very clear headed and into what there doing with

any remorse for doing all of these things to me and other People and their families. They have I that has a son and they say his pole playing as their Probation officers Are related to and LK Solids, MS13, Bloods etc LK still have active members and former/host gang members and hr Some in Air reserve, Coast guard National Guard, Federal Areas, Navy Bases etc.

2/9/20

Miro Med possibly
Hte2 Hospital - Defintely - Gen staff to ~100 mgs
Saint Francis - Surgeria possibly involved
possible Trash burning facilities - Possible disposal
Florida Everglades Possible Disposal site

lots of Peoples family members in office systems

Been Being Torture 2 these ways for over 3 yrs
now.
Life three-tened Constantly
Attempted Murder via Heat Attac Over a dozen times
Plus trying to shoot.

Murdered Neice an2 family in Massachusett
have Fire Some of Same people involved

All People Married each other families
So they Can2 be forced to testify against
each other.
Charter Comm. Monitored by roaring houseroom LMTC-Sober
Motorcycle organization i ! Anagisi house
Cornwall 1st registered to Holdingsllc then charged
to 2 EAN Holding LLC   OKlahoma

Ag2   Im Manfre2 Should Sue for damages
Family member involved an2 employees
Family members possibly from Albaniy Area 3
Previously related to newspaper people family
.......

They call them Illegal / legal type of places that I moved in and out of, on berlin tpke columbia waterbed etc.
Guess Manager or building manager at oakdale x bingo

Possible people in Glastonbury, Hfd, New Britain New London etc.

Business people I worked with Jeffer and now - Geico Mcdonalds, wendys, babys, Home depot Fire depts + AMR Ambulance, Enterprise Corporation Nursing homes, group homes, ALRs, Wackenhut strip clubs, Myus Hfd Courant employees news stations ch3, 30, Access Bus Company

Same peoples families Deleted state records Falsified my families death certificates in WMTC, E-HHR guess they Murdered most of my whole families if not all plus some other peoples families forced people to be homeless

Moved all family big list stuff to Florida area

Guess Possible Sports Complexes peoples + Sports betting

They have lots of Twins and other people duplicating people all over various areas and some if

undesirable types of people away
areas. ie: sex offender hunters.

ore I remember was doing Things
sporting events from when I lived
n Britain could here sporting sounds
announcer etc. in background. sometimes
and TV, possibly Highschool or College
B area or Uconn fan type of person.

thomas and Melvins daughter mentioned
about "do you know everbody has a *
le?" were moved into safe haven
Melvin had them talking in neighborhood
getting rid of sex offender from
out loud and even was talking to
police officer about it at the time
he was directing traffic in the area
me reason.
nderstand that there are people
avy Base, Coast guard & National
" with

To each other and move around shooting like the
Call of duty Game play thing or whatever its
called moved into real life somehow so there
in my internal body organs brain, heart etc.
can see thru walls etc. for raid and things
type of stuff.
(100% World Terrorist Security risk)
can get codes, etc for Weapons systems
possibly technology used in military Drones
Could gain access to Electronics in alarms
and by bass motion detection etc.
Could even do in white house and other
areas. without being seen can do something
physically but not all but might be able
to if they work on system to adjust it
more.
Definitely Software and such Company
Capability and training like google and
other Mit etc. Uconn possibly programming
done somehow and in encrypted information
in Satelites, phones etc. via wifi and such

knowledge about things possibly involved with the system or Sonar information. leakage know about a signal received on cell phone that I was using on Fishers Island Job years ago said it was morse code _ _ _ _ _ or something. say it meant Under Arrest or something. that it picked up. Espionage I would call it. I guess they seem to be moving a body around possibly moved 1 to htfd area of one of the family members in 1 of the Super 8 motels. Guess they might of caught people maybe maybe not possibly who moved it not sure of the whole thing there sketchy about it, but seems the black undercover P.D. Cars seem to be related to some peoples because they seem to mention something the things on the

mysteriously etc. won't open etc. are to report it or know anything about evedence going away over and over. So many laws broke international, sta federal its Pathetic. They could do t to anybody and have and are doing Could even do it to world leaders et my hearing is almost deaf according them guess ear drums are almost broken in half so they say. It seems to be setup as a Virtuality video gam type of informational system. Like role pl types of games where you can be in the players body sort of like Wii system but combined into a system in real life. L I'm the thing on the screen that there Like movie where teenagers and peopl role playing in a military war vie

4/9/20

was only in my house for those reasons, not anybody
else's reason and that was so they could make a
fool out of me by making me deaf, blind then to
murder me or have other people murder me.
Use a heat attack electronically I can feel for
touching my brain area - which they say for a brain
hemrrage and feel them pulling on my heart

I know it's old and seems unbelievable by
I'm being completely serious and honest - and is
Sane clear headed thinking.

They constantly monitor me via the system
they can tell when I have a headache and can
give me one, can cause fatigue / heart attacks etc
They threatened my life that if / I ever said
anything to anyone they would kill me on the spot -

They made me spend money erratically and use
arms he wildsexually, making me do various
things they tried to have me get out of my
car leave legs and wallet in it so some one could
steal it after they wanted me to strip naked
in the middle of winter and freeze to death inside
by wicherfield let 3 Bright ars a few times
tried to have me go to some private green farm
house on edge of new britain to strip and
So there so they could as they say sever
Suck me which they say they did to sr

9/20

truth the blood test showed whoever was was
euthanized prior. Guess they tried to Pin me for
Murdering someone. Guess some of the
retired state police prior Siezed some of these
peoples Monitoring equipment and all of these
files and got rid of the all the evidence
and records including medical files etc for
that investigation. After I got released
they forced me out of my Job at live nation
in hartford after forcing me out of available previously
when I guess they were already doing the same
thing there prior having people report me for various
reasons, at both places. I moved into my house
I bought and prior to moving in I heard people
the maintenance guy from 170 high sd saying that they
were gonna give me a little more treatment at my
house in New britain at 178 mckinley Drive in N.B., c.T.
which got broken into about 30°, 4 times that
I know of. And was doing different things every
night after I moved in lead me from moving furniture
in and stuff by using some kind of monitoring system
seemed almost everyday I tried to move away
from in hartford move into the same area
or were staying with Some of the family
members in the neighborhood or around the
City. So they did that for awhile. Then they
bought in this FF66JSSL "Suicide Service"
which I heard Various people saying they
put a gun in my furnace area and

Need lawyer

Request Same one
that did Eolis

Case.
Sue all individually
+ to work on and W/ -
POA's.
etc
Federal MAX on All
Case should be moved
to another state for fairness

Corrupt State Union
employees Involved
At all Levels

connection to then such as Thats
n Serial killers family members etc
ie: The one that hasn't been caught in over
15 or 16 yrs something about a lot of
the unsolved murders are connected to a
serial killer in the area that's not getting
caught and how some things are overlooked
and smoothed out or covered up etc.

mention something about my next of kin
being one of these peoples brother-in-law
who disappeared or something.
I guess the people they've been using
were from DSS and Pal programs in
conjunction with these things they're
been doing and putting at risk etc.
seems to me would be exploitation 48+
of minors using them in illegal
... styles of getting
... falsely reporting

© are acting
them in to areas as ...
that look like other people ...
members I heard them say one time ...
sure why whether they were doing under
cover work or replacing them for other
reasons but 1 person said I found a
couple that look exactly like them no o.
will be able to tell the difference so clos

I hear theres # people involved in som
areas. I guess fellowship in new haven
might be some of same people involv
with programs or group homes some
might live in same neighborhood of it
seems DSS and all seem to b
connected thing in state wide
didn't seem happy to have
being moved or trying to be
states to keep it from being
up. Paperwork and things